IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| VERN R. LOCKRIDGE | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv65 |
| SHAMEKIA RENEE BONNER, ET AL. | § | |

ORDER OF ADMINISTRATIVE CLOSING

Plaintiff Vern R. Lockridge, previously a prisoner confined at the Smith County Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit complaining about state criminal charges pending against him. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the lawsuit should be administratively closed during the pendency of the criminal proceedings. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and that the Plaintiff's objections lack merit. Thus the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #8) is **ADOPTED**. It is further

**ORDERED** that the lawsuit is **ADMINISTRATIVELY CLOSED**. Plaintiff may ask the Court to place the case back on the active docket if and when the criminal charges are resolved in his favor.

**It is SO ORDERED**.

**SIGNED this 18th day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE